# EXHIBIT A

TO DECLARATION OF DEIRDRA O'GORMAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

    

Home   My Network   Jobs



### Todd Kleperis 陶德

Founder at Payzel - Innovations First Financial Marketplace

View full profile

---

 **Todd Kleperis 陶德** • 3rd+
Founder at Payzel - Innovations First Financial Marketplace
2mo • 🌐

Calling out all unarmed, unprotected and really silly pretending transport companies. Either get the right gear and licenses or get out of the game. Good work by the DEA and police on this one. They called this out - what a joke to put people in harms way with no protection??? Armored car companies pay hundreds of thousands in insurance. This firm and others do not. Wonder who will win in that battle??

Gleam law - we are here to sort out your impression of respected. Try hiring US Military Vets who get the job done right everytime. Call HARDCAR #cannabisculture #cannabisgrowers #cannabisbusiness



**Cannabis Funds Seized Crossing State Lines**
gleamlaw.com • 2 min read

 17                                           9 comments • 1 share

---

Reactions

**Exhibit A**
**19**