TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6880
    Facsimile: (213) 894-7819
    E-mail: Joanne.Osinoff@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPYREAL ENTERPRISES dba EMPYREAL LOGISTICS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA ET AL.,<br><br>    Defendants | No. CV 22-0094 JWH (SHK)<br><br>**NOTICE OF ERRATA RE: FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Honorable John W. Holcomb |

1

**NOTICE OF ERRATA**

Federal Defendants, by and through undersigned counsel, hereby submit this Notice of Errata. Inadvertently, the Defendants' Opposition to Plaintiff's Application for Temporary Restraining Order (ECF # 29) filed this date was not the latest version of the Opposition prepared by undersigned counsel. Filed concurrently is the Federal Defendants' Amended Opposition to Plaintiff's Application for Temporary Restraining Order. Undersigned counsel sincerely regrets this error and any inconvenience caused to the Court or the other parties to the action

Dated:  January 15, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

 /s/ *Joanne S. Osinoff*
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
Attorneys for Federal Defendants