| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>KOELLER, NEBEKER, CARLSON & HALUCK LLP<br>David C. Bass (Cal. Bar No. 296380)<br>david.bass@knchlaw.com<br>Jerome Satran (Cal Bar. No. 188286)<br>jerry.satran@knchlaw.com<br>1478 Stone Point Drive, Suite 435<br>Roseville, CA 95661<br>(916) 724-5700<br><br>ATTORNEY(S) FOR: EMPYREAL ENTERPRISES, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC, d/b/a EMPYREAL LOGISTICS<br>Plaintiff(s),<br>v.<br>The United States of America; the U.S. Department of Justice; Attorney General Merrick Garland, in his official capacity, et al.<br>Defendant(s) | CASE NUMBER:<br>5:22-cv-00094-JWK-SHKx<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____EMPYREAL ENTERPRISES, LLC_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| See attached list of investors in EMPYREAL ENTERPRISES, LLC. | Investors in EMPYREAL ENTERPRISES, LLC |

CORPORATE DISCLOSURE STATEMENT
Pursuant to Federal Rule of Civil Procedure 7.1, EMPYREAL ENTERPRISES, LLC hereby files the following Corporate Disclosure Statement:
EMPYREAL ENTERPRISES, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| January 15, 2022<br>Date | /s/ David C. Bass<br>Signature |

Attorney of record for (or name of party appearing in pro per):

EMPYREAL ENTERPRISES, LLC

*Attachment to Certification and Notice of Interested Parties*

## EMPYREAL ENTERPRISES, LLC INVESTORS

Andrew Romanow

Antonio J. Ripepi

Ark Holdings LLC (Owner: Aaron Rasty)

Audrey Heberle

Berlekamp Family Investments LLC (Manager: Tom Pipich)

Brad Johnson

Carolyn and Eugene Backhaus

Charlou Investments LLC (Owner: Charles McGrath)

David Root

DX Consulting Corporation (Owner: Deirdra O'Gorman)

Donna and Richard Fultineer

G Media Inc. (Owner: Greg Messinger)

Hailo Enterprises LLC (Owner: Kurt Miller)

Jason Sarasnick

Joel Warshaw

Lisa Jason

Madrone Ventures, LLC

Mark Forse

Richard Farrell

Robert Hallman

Scott Forse

Shetty Adarsh

Thomas Ramsay

Timothy J. Alcock

Wade Zirkle