**KOELLER, NEBEKER, CARLSON & HALUCK LLP**
David C. Bass (Cal. Bar No. 296380)
david.bass@knchlaw.com
Jerome Satran (Cal Bar. No. 188286)
jerry.satran@knchlaw.com
1478 Stone Point Drive, Suite 435
Roseville, CA 95661
(916) 724-5700
(916) 788-2850 (fax)

**INSTITUTE FOR JUSTICE**
Dan Alban (*pro hac vice* forthcoming)
dalban@ij.org
Kirby Thomas West (*pro hac vice* forthcoming)
kwest@ij.org
901 North Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>United States of America, et al.<br><br>                    Defendants. | Case No.: 5:22-cv-00094-JWH-SHKx<br><br>**STIPULATION AND JOINT REQUEST FOR BRIEFING SCHEDULE**<br><br>Complaint Filed: 1/14/2022 |

Plaintiff Empyreal Enterprises, LLC, d/b/a Empyreal Logistics; the Federal Defendants (the United States of America; U.S. Department of Justice; Attorney General Merrick Garland, in his official capacity; Federal Bureau of Investigation; Christopher A. Wray, Director of the Federal Bureau of Investigation, in his official capacity; Kristi Koons Johnson, Assistant Director of the Federal Bureau

of Investigation overseeing FBI's Los Angeles Field Office, in her official capacity; Drug Enforcement Administration; and Anne Milgram, Administrator of the Drug Enforcement Administration, in her official capacity); and Sheriff Dicus, in his official capacity as head of the San Bernardino County Sheriff's Department, stipulate to and jointly respectfully submit for the Court's consideration the following briefing schedule for Plaintiffs' concurrently-filed renewed application for temporary restraining order, the Defendants' oppositions thereto, and Plaintiff's replies in support:

1. Plaintiff shall file its renewed application for temporary restraining order and order to show cause why a preliminary injunction should not be granted on Wednesday, January 19, 2022.

2. Federal Defendants and Sheriff Dicus shall file their respective oppositions to Plaintiff's renewed application for temporary restraining order and order to show cause why a preliminary injunction should not be granted by Tuesday, January 25, 2022.

3. Plaintiff shall file replies in support of its renewed application for temporary restraining order and order to show cause why a preliminary injunction should not be granted by Thursday, January 27, 2022.

1 | Dated: January 19, 2022

Respectfully submitted,

2

/s/   David C. Bass

3 | TRACY L. WILKERSON
**KOELLER, NEBEKER, CARLSON &**

4 | United States Attorney
**HALUCK LLP**
DAVID M. HARRIS
David C. Bass (Cal. Bar No. 296380)

5 | Assistant United States Attorney
david.bass@knchlaw.com
Chief, Civil Division
Jerome Satran (Cal Bar. No. 188286)

6
jerry.satran@knchlaw.com

7 | /s/ Joanne S. Osinoff
1478 Stone Point Drive, Suite 435
JOANNE S. OSINOFF
Roseville, CA 95661

8 | Assistant United States Attorney
(916) 724-5700
Chief, Civil Division
(916) 788-2850 (fax)

9

10

*Counsel for Federal Defendants*
**INSTITUTE FOR JUSTICE**

11
Dan Alban (*pro hac vice* forthcoming)
dalban@ij.org

12
Kirby Thomas West (*pro hac vice*
TOM BUNTON
forthcoming)

13 | County Counsel
kwest@ij.org

14
901 North Glebe Road, Suite 900
*/s/ Heidi K. Williams*
Arlington, VA 22203

15 | HEIDI K. WILLIAMS
(703) 682-9320
Deputy County Counsel
(703) 682-9321 (fax)

16

17 | *Attorneys for Specially Appearing*
*Counsel for Plaintiff*
*Defendant Shannon D. Dicus, San*

18 | *Bernardino County Sheriff-Coroner, in*
*his official capacity*

19

20

21

22

23

24

25

26

27

28

STIPULATION AND JOINT REQUEST FOR BRIEFING SCHEDULE