**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>United States of America, et al.,<br><br>            Defendants. | Case No.: 5:22-cv-00094-JWH-SHKx<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST FOR BRIEFING SCHEDULE**<br><br>**NOTE CHANGES MADE BY COURT** |

Having considered the parties' Stipulation and Joint Request for Briefing Schedule, it is **HEREBY GRANTED**.

**IT IS HEREBY ORDERED** that:

1. Plaintiff shall file its renewed application for temporary restraining order and order to show cause why a preliminary injunction should not be granted on Wednesday, January 19, 2022.

2. Federal Defendants and Sheriff Dicus shall file their respective oppositions to Plaintiff's renewed application for temporary restraining order and order to show

cause why a preliminary injunction should not be granted by Tuesday, January 25, 2022.

3. Plaintiff shall file replies in support of its renewed application for temporary restraining order and order to show cause why a preliminary injunction should not be granted by Thursday, January 27, 2022.

4. In view of the Court considering *ex parte* applications on the papers, the hearing currently set for January 28, 2022 is hereby **VACATED**.  Should the Court determine a hearing is necessary, the parties will be notified.

**IT IS SO ORDERED.**

Dated: January 19, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE