UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al, <br><br> Defendants. | Case No.: 5:22-cv-00094-JWH-SHK |

### DECLARATION OF DAVID RICKER

I, David Ricker, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am employed by the Federal Bureau of Investigation (FBI) as a Special Agent, currently assigned to the Los Angeles Field Office.

2. I am assigned to the Inland Empire Hybrid Task Force ("IEHTF") and embedded with the Inland Regional Narcotics Enforcement Team ("IRNET"). The IEHTF's mission is to identify, target, and prosecute Transnational Criminal Organizations who are engaged in criminal activity involving a myriad of federal violations, including, but not limited to, drug trafficking and money laundering.

3. On November 17, 2021, I was contacted by Task Force Officer ("TFO") Carlos Arrieta and San Bernardino Sheriff's Department ("SBSD") Deputy Jonathan Franco to advise of their seizure of $712,176.36 during a traffic stop conducted on November 16, 2021.

4.      Probable cause was developed during the traffic stop on November 16 to believe that the U.S. currency represented proceeds of 21 U.S.C. Section 841(a)(1) – possession with intent to manufacture, distribute, or dispense a controlled substance. During the traffic stop, the driver for the Plaintiff and two supervisors for the Plaintiff provided conflicting statements regarding the nature and purpose of the U.S. currency being transported out of state.

5.      The FBI obtained the SBSD reports regarding the seizure of $712,176.36 and opened an FBI case relating to the stop on November 16, 2021. The FBI initiated administrative forfeiture of the $712,176.36 in U.S. currency, identified by FBI asset identification number 22-FBI-000784.

6.      With regard to asset identification number 22-FBI-000784, records of the FBI reflect that letters giving written notice of the government's seizure of and intent to forfeit the currency, together with information on the applicable procedures to contest the forfeiture of the currency, were sent to parties who appeared to have an interest in the seized property by United States certified mail, return receipt requested. On January 11, 2022, notice letters were mailed to Empyreal Enterprises LLC at the following addresses: c/o David Bass, 1478 Stonepoint Drive, Ste. 435, Roseville, CA 95661; Attn. Michael Jerome, 2840 N. Commerce Ct., Las Vegas, NV 80121; 2925 S. Umatilla St., Englewood, CO 80110. The letters explain an interested party's right to file a claim to contest the forfeiture action in U.S. District Court and state the deadline of February 15, 2022 to file a claim. Copies of the notice letters to Empyreal Enterprises are attached hereto as Exhibit # 1.

7.      On December 9, 2021, I was contacted by TFO Arrieta to advise of the task force's seizure of $351,353.88.

8. Probable cause was developed during the traffic stop on December 9, 2021 to believe that the U.S. currency was being laundered in violation of 18 U.S.C Section 1956 – laundering of monetary instruments. During the investigation, investigators learned that the driver for Plaintiff had a document in his possession instructing him what to do if he is stopped by law enforcement. Specifically, the document instructed the driver to "NEVER SAY the words CANNABIS, or MARIJUANA" and "NEVER SAY the NAMES OF THE BANKS OR CLIENTS WE SERVICE."

9. The FBI obtained the SBSD reports regarding the seizure of $351,353.88 (including a photograph of the aforementioned document) and opened an FBI case relating to the stop on December 9, 2021. The FBI is in the process of initiating administrative forfeiture of the seized U.S. currency.

10. I have also been advised that the Drug Enforcement Administration ("DEA") out of the Kansas City Field Office has an open investigation that is related to the allegations made in Plaintiff's Renewed *Ex Parte* Application for Temporary Restraining Order.

11. Pursuant to a law enforcement deconfliction database search, Deputy Franco informed me that DEA Special Agent ("SA") Bryson Wheeler from Kansas had an open investigation related to the Plaintiff. During telephone calls, I learned the DEA had conducted a traffic stop on one of Plaintiff's vehicles on May 18, 2021, and seized approximately $165,620 in suspected illicit proceeds.

12. On January 21, 2022, I learned from the United States Marshal Service ("USMS") out of Kansas that they were assisting with the active financial portion of the civil forfeiture investigation regarding the seizure of the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2022, in Riverside, CA.

*[signature]*
David Ricker
Special Agent
Los Angeles Field Office
Federal Bureau of Investigation