```
TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TALYA M. SEIDMAN (Cal. Bar No. 336534)
Assistant United States Attorney
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone:  (213) 894-7137
        Facsimile:  (213) 894-7819
        E-mail:     Talya.Seidman@usdoj.gov
                    Jonathan.Galatzan@usdoj.gov
```

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EMPYREAL ENTERPRISES dba EMPYREAL LOGISTICS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-00094-JWH-SHK<br><br>**FEDERAL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S RENEWED APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>No Hearing Set<br><br>Honorable John W. Holcomb<br>United States District Judge |

　　　　Defendants United States of America, the U.S. Department of Justice, Attorney General Merrick Garland, the Federal Bureau of Investigation, Christopher A. Wray, Kristi Koons Johnson, the Drug Enforcement Administration, and Anne Milgram (hereinafter "Federal Defendants") respectfully request that the Court take judicial notice of: 1) the Complaint filed on September 3, 2021 in United States District Court for the

District of Kansas, *United States of America v. $165,620.00 in United States Currency*, 6:2021-cv-01215-HLT-KGG, Dkt. No. 1, copy attached hereto as Exhibit 2; and 2) the Warrant Of Arrest In Rem And Order For Notice filed on September 10, 2021 in the same action, Dkt. No. 3, copy attached hereto as Exhibit 3, in resolving Federal Defendants' concurrently filed Opposition to Plaintiff's Renewed Application for Temporary Restraining Order.

Both the complaint and warrant filed in Kansas district court are proper subjects of judicial notice because they are a matter of public record and meet the indicia of reliability under Fed. R. Evid. 201(b) because it is "(1) generally known within the trial court's territorial jurisdiction" and "(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *See Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001) (court may take judicial notice of undisputed matters of public record); *Est. of Blue v. Cty. of Los Angeles*, 120 F.3d 982, 984 (9th Cir. 1997) (taking judicial notice of court filings in a related case is proper); *see also Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1988) (taking judicial notice of pleadings filed in a state court case where the same plaintiff asserted similar and related claims).

Dated: January 25, 2022                 Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

　　/s/ *Talya M. Seidman*
TALYA M. SEIDMAN
Assistant United States Attorney
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Federal Defendants