HEIDI K. WILLIAMS (CA State Bar No. 297428)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5455
Facsimile: (909) 387-4069
E-Mail: heidi.williams@cc.sbcounty.gov

Attorneys for Specially Appearing Defendant Shannon D. Dicus, San Bernardino County Sheriff-Coroner, in his official capacity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC, d/b/a EMPYREAL LOGISTICS<br><br>Plaintiff,<br><br>v.<br><br>The United States of America; the U.S. Department of Justice; Attorney General MERRICK GARLAND, in his official capacity; the Federal Bureau of Investigation; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; KRISTI KOONS JOHNSON, Assistant Director of the Federal Bureau of Investigation overseeing the FBI's Los Angeles Field Office, in her official capacity; the Drug Enforcement Administration; ANNE MILGRAM, Administrator of the Drug Enforcement Administration, in her official capacity; SHANNON D. DICUS, San Bernardino County Sheriff-Coroner, in | Case No. 5:22-cv-00094-JWH-SHK<br><br>DECLARATION OF SERGEANT ALEX NAOUM IN OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br><br>Honorable District Court Judge John W. Holcomb<br><br>Honorable Magistrate Judge Shashi H. Kewalramani |

///

///

1
DECLARATION OF SGT. ALEX NAOUM IN OPPOSITION TO PLAINTIFF'S EX PARTE
APPLICATION FOR TEMPORARY RESTRAINING ORDER

his official capacity as the head of the
San Bernardino County Sheriff's
Office.

               Defendants.

I, Alex Naoum, declare:

      1.     I am employed as a sworn peace officer by San Bernardino County to serve as a Sergeant in the Sheriff's Department. I make this Declaration of my own free will and if called to testify to the facts stated herein, I could and would competently do so as they are within my own personal knowledge.

      2.     I have been employed by San Bernardino County since July 1996. I have training, experience, and professional expertise pertaining to the investigation of suspected crimes, drafting affidavits and statements of probable cause in support of warrants to search and seize evidence, collection and preservation of evidence, and interviewing suspects and witnesses. I also have training, experience, and professional expertise regarding identification of narcotics, illicit sales, and trafficking of the illicit proceeds of illegal sales.

      3.     I currently serve as a supervisor in the San Bernardino County Sheriff's Department Gangs/Narcotics Division. In this role, I oversee numerous deputies, detectives, and investigators, including those involved in three traffic stops discussed in more detail below.

      4.     On November 16, 2021, a member of the San Bernardino County Sheriff's Highway Interdiction Team, who I supervise, observed a Ford van that was traveling approximately six feet behind a semi-truck with attached trailer while both vehicles were traveling 55 to 60 miles per hour, in violation of California Vehicle Code section 21703 (following too close). A traffic stop was conducted for that violation. During the stop, the deputy made further observations, including hearing inconsistent statements made by

the driver and company representatives, that led the deputy to believe the contents of the van were illicit proceeds of unlawful drug sales. These observations are recorded in a report created and kept in the ordinary course of business. I reviewed this report and am familiar with its contents.

5. On November 16, 2021, due to information collected during his investigation, Deputy J. Franco authored a search warrant for the Ford van, "to include all locked safes and compartments within the vehicle" to locate any currency and/or evidence of the illegal transportation of narcotics/marijuana proceeds, electronics used in the commission of the illegal transportation of such proceeds, and any narcotics and/or marijuana located in the vehicle. Deputy Franco submitted the warrant along with a statement of probable cause and a statement of expertise of affiant to the Superior Court of California, County of San Bernardino for consideration by a bench officer. Judge David Cohn reviewed the items submitted and issued the warrant electronically on November 16, 2021, at 5:26 p.m. A redacted but otherwise true and correct copy of the warrant is attached to this Declaration as **Exhibit "A."**

6. A search of the van was conducted on November 16, 2021, pursuant to the warrant. Currency bags labeled with contents in the amount of $688,206.36 were seized pursuant to the warrant. Upon further processing, the contents of those currency bags were found to be currency in the amount of $712,176.36. The significant difference between the labels and the contents of the bags seized has not been explained.

7. On December 9, 2021, a member of the San Bernardino County Sheriff's Highway Interdiction Team, who I supervise, observed a Ford van that was traveling too fast for conditions, made several multi-lane changes without signaling, and then exited the interstate without signaling, all in violation of several sections of the California Vehicle Code. A traffic stop was conducted for these violations. During the stop, the deputy made further observations, including hearing inconsistent statements made by the driver, that indicated the contents of the van were illicit proceeds of unlawful drug sales. These

observations are recorded in a report created and kept in the ordinary course of business. I reviewed this report and am familiar with its contents.

8. On December 9, 2021, due to information collected during the investigation, narcotic detection K9 Eros was deployed to conduct an air sniff on the exterior of the van. K9 Eros and his handler have trained together extensively so that the handler recognizes Eros' alerts. An untrained observer who has not worked with K9 Eros would not recognize an alert. K9 Eros alerted near the open driver's door to the odor of narcotics. A further search revealed 19 currency bags. K9 Eros alerted to the odor of narcotics on these currency bags as well. Currency bags labeled with contents in the amount of $351,365.89 was seized pursuant to the probable cause search. Upon further processing, the contents of those currency bags were found in the amount of $351,353.88. The difference between the labels and the contents of the bags seized has not been explained.

9. On January 6, 2022, a member of the San Bernardino County Sheriff's Highway Interdiction Team, who I supervise, observed a Ford van that was following too close to a pickup truck, in violation of the California Vehicle Code. A traffic stop was conducted for that violation. No observations during the contact indicated the contents of the van were illicit proceeds of unlawful drug sales. The driver was issued a warning. I have reviewed reports and evidence from that stop. These items are kept in the ordinary course of business.

10. Consistent with Department policy, the deputy activated his audio recorder as he approached the van and kept it on during the entire encounter. The audio recording is kept in the ordinary course of business. I reviewed the audio recording and am familiar with its contents. At no time did the deputy state he stopped the van for "political" reasons. The only mention of anything "political" was a comment by the driver who explained he left employment in New York in 2017 and relocated to Las Vegas because it was getting "too political at the end." (Recording at 5:48.) The 22 minute 39 second recording ends with the deputy returning to his vehicle after issuing the warning to the driver.

11.     As of January 25, 2022, the San Bernardino County Sheriff's Department has several active investigations into the illegal cultivation, illegal transport of narcotics, illicit sales, and trafficking of the illicit proceeds of illegal sales of narcotics. The seizure of currency mentioned above may be evidence in those investigations.

I declare under penalty of perjury under the laws of the State of California and those of the United States of America that the foregoing is true and correct and that this Declaration was executed the 25th day of January 2022 in San Bernardino, California.

                                                          */s/ Alex Naoum*
                                                          SERGEANT ALEX NAOUM, DECLARANT