Exhibit A



|  |  |
|---|---|
|  | Warrant No. |

**SUPERIOR COURT OF CALIFORNIA**
**County of San Bernardino**

**SEARCH WARRANT**
Probable Cause Warrant to Search
(Penal Code Section 1524)

Report #: 652100931

**SEARCH WARRANT AND AFFIDAVIT**

**AFFIDAVIT**

I, Deputy ▮▮▮▮ Franco swear under oath that the facts expressed by me in the attached and incorporated **Statement of Probable Cause** are true and that based therein I have probable cause to believe and do believe that the articles, property, and persons described below may be lawfully seized pursuant to Penal Code Section 1524, as indicated below, and is now located at the location(s) set forth below.  Wherefore, I request that this Search Warrant be issued.

_____,   **HOBBS SEALING REQUESTED:** ☐ YES ☒ NO
(Signature of Affiant)                                                          **NIGHT SEARCH REQUESTED:** ☐ YES ☒ NO

**SEARCH WARRANT**

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SAN BERNARDINO:** proof by affidavit, under penalty of perjury, having been made before me by Deputy ▮▮▮▮ Franco, that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seized pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐ it was stolen or embezzled;

☐ it was used as the means of committing a felony;

☒ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery;

☒ it tends to show that a felony has been committed or that a particular person has committed a felony;

☐ it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;

☐ an arrest warrant has been issued for _____ N/A _____;

☐ a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;

Search Warrant and Affidavit White 2019 Ford Transit ( ▮▮▮▮▮▮▮▮▮▮▮▮ )
1 -

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

The vehicle further described as: White 2019 Ford Transit bearing ▮▮▮ license plate ▮▮▮ and VIN ▮▮▮ to include all locked safes and compartments within the vehicle.

**FOR THE FOLLOWING PROPERTY:**

1. Any currency, bills, coins, notes and/or any evidence of the illegal transportation of narcotics/marijuana proceeds.
2. Any electronics which could be used in the commission of arranging, completing, managing the illegal transportation of narcotics/marijuana proceeds.
3. Any narcotics and/or marijuana located in the vehicle.

**AND TO SEIZE IT IF FOUND** and bring it before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to and subscribed before me this ____16th____ day of ____November____, 2021, at _____ a.m./p.m. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____
*(Signature of Magistrate)*
**Judge of the Superior Court, Victorville Judicial District**

HOBBS SEALING APPROVED: ☐ YES ☐ NO
NIGHT SEARCH APPROVED: ☐ YES ☐ NO

Search Warrant and Affidavit White 2019 Ford Transit (▮▮▮)
2 -

Warrant ID: 000073071

**EXPERTISE OF AFFIANT:**

Your affiant, herein after referred to in the first person (i.e., me, myself or I) ▉▉▉ Franco, has been a Deputy Sheriff for the San Bernardino County Sheriff's Department ▉▉▉

I am currently assigned to the Narcotics Division where I work the Highway Interdiction Team. I have been assigned to ▉▉▉

Search Warrant and Affidavit White 2019 Ford Transit ▉▉▉
3 -

## STATEMENT OF PROBABLE CAUSE

### STATEMENT OF FACTS:

On November 16, 2021, I was traveling east on CA-58 in the Barstow area and observed a white, 2019 Ford Transit cargo van traveling ahead of me in the #2 lane. I noticed the Ford was following less than one car length behind a semi-truck while traveling approximately 60MPH in violation of CVC 21703- Following at unsafe distance.

I initiated a traffic stop on the Ford and contacted the driver and sole occupant of the vehicle, ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Based on the totality of circumstances, I believe the Ford contains proceeds from illegal marijuana/cannabis companies for the purpose of money laundering. I am requesting this search warrant be authorized in order to search the contents of the van and seize and illegal proceeds it may contain.

### EXIGENT CIRCUMSTANCE:

Due to Ford and ▮▮▮▮▮ currently being detained until the conclusion of the investigation coupled with the fact that he was in transit to ▮▮▮▮▮▮▮▮▮ I am requesting this warrant be considered exigent.

Search Warrant and Affidavit White 2019 Ford Transit (▮▮▮▮▮▮▮▮)
4 -

**WARRANT NOTES**

(No Notes)

County of San Bernardino.

The people of the State of California to any peace officer in the County of San Bernardino:

Proof, by affidavit, having been this day made before me by telephone by the officer whose signature is affixed to the affidavit, that there is probable cause for believing that evidence tending to show that a felony (or felonies) has or have been committed, you are therefore commanded to make search on the person and/or property set forth in the description page and/or affidavit, which is incorporated by reference herein; and, in the case of a thing or things or personal property, if you find the same or any part thereof, to bring the thing or things or personal property forthwith before me at the courthouse of this Court.

Given under my hand, and issued at 17:26 on this 16th day of November, 2021

Hobbs Sealing Approved:  **NO**          Night Service Approved:  **NO**

*[signature: David Cohn]*

Judge David Cohn

**Warrant ID: 000073071**

**END OF WARRANT**