# EXHIBIT A

TO SEALED SUPPLEMENTAL DECLARATION OF DEIRDRA O'GORMAN

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| Missouri Licensed Medical Marijuana Dispensary Facilities | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Approved to Operate | License Number | Entity Name | City | State | Postal Code | Contact Information 1 | Contact Information 2 | Contact Phone |
| ✓ | ███ | ███ | ███ | MO | ███ | ███ | ███ | ███ |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| Missouri Licensed Medical Marijuana Dispensary Facilities ||||||||
|---|---|---|---|---|---|---|---|
| Approved to Operate | License Number | Entity Name | City | State | Postal Code | Contact Information 1 | Contact Information 2 | Contact Phone |
| ✓ | ██████ | ██████ | ██████ | MO | ███ | ██████ | ██████ | ██████ |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**