# EXHIBIT B

TO SEALED SUPPLEMENTAL DECLARATION OF DEIRDRA O'GORMAN

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Official website of the State of California

**Department of
Cannabis Control**

CALIFORNIA

New Search

Report Unlicensed Business

# License Search

🔍 Search

Export | ⌄ Customize Results | ⌄ Filters (0)

Total Results Found: 1



| License Number ↑ | License Type ↑ | License Status ↑ | DBA Name ↑ | Legal Business Name ↑ | County ↑ | Effective Date ↑ | Expiration Date ↑ | License Stage ↑ |
|---|---|---|---|---|---|---|---|---|
| ⌄ ▉ | Commercial - Retailer | Active | ▉ | ▉ | ▉ | ▉ | ▉ | Provisional |

Last update of license data: 01/26/2022



CA.gov home

Conditions of Use

Privacy Policy

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Accessibility

Contact Us

Copyright © 2021 State of California



REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Department of
Cannabis Control**

CALIFORNIA

New Search

Report Unlicensed Business

# License Search

| ▓▓▓▓▓▓▓ | 🔍 Search |

Export    ⌄ Customize Results    ⌄ Filters (0)

Total Results Found: 1



| | License Number ↑ | License Type ↑ | License Status ↑ | DBA Name ↑ | Legal Business Name ↑ | County ↑ | Effective Date ↑ | Expiration Date ↑ | License Stage ↑ |
|---|---|---|---|---|---|---|---|---|---|
| ⌄ | ▓▓▓▓▓▓ | Commercial - Retailer | Active | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | Annual |

Last update of license data: 01/26/2022



CA.gov home

Conditions of Use

Privacy Policy

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Accessibility

Contact Us

Copyright © 2021 State of California





Official website of the State of California

**Department of
Cannabis Control**

CALIFORNIA

New Search

Report Unlicensed Business

# License Search

| | | Search | Export | ⌄ Customize Results | ⌄ Filters (0) |

Total Results Found: 1



| License Number ↑ | License Type ↑ | License Status ↑ | DBA Name ↑ | Legal Business Name ↑ | County ↑ | Effective Date ↑ | Expiration Date ↑ | License Stage ↑ |
|---|---|---|---|---|---|---|---|---|
| ⌄ ▮▮▮▮ | Manufacturer - Type N | Active | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | Annual |

Last update of license data: 01/26/2022



CA.gov home

Conditions of Use

Privacy Policy

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Accessibility

Contact Us

Copyright © 2021 State of California



**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Official website of the State of California

**Department of
Cannabis Control**

CALIFORNIA

New Search

Report Unlicensed Business

# License Search

🔍 Search

Export | ⌄ Customize Results | ⌄ Filters (0)

Total Results Found: 1



| | License Number ↑ | License Type ↑ | License Status ↑ | DBA Name ↑ | Legal Business Name ↑ | County ↑ | Effective Date ↑ | Expiration Date ↑ | License Stage ↑ |
|---|---|---|---|---|---|---|---|---|---|
| ⌄ | ▮▮▮ | Commercial - Retailer | Active | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ | Annual |

◄ ────────────────────────── ►

Last update of license data: 01/26/2022



CA.gov home

Conditions of Use

Privacy Policy

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Accessibility

Contact Us

Copyright © 2021 State of California



**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

 Official website of the State of California

Contact us

**Department of
Cannabis Control**

CALIFORNIA

New Search

Report Unlicensed Business

# License Search

🔍 Search          Export     ⌄ Customize Results     ⌄ Filters (0)

Total Results Found: 2



| License Number ↑ | License Type ↑ | License Status ↑ | DBA Name ↑ | Legal Business Name ↑ | County ↑ | Effective Date ↑ | Expiration Date ↑ | License Stage ↑ |
|---|---|---|---|---|---|---|---|---|
| ⌄ ▇▇▇▇ | Commercial - Distributor | Active | ▇▇▇ | ▇▇▇ | ▇▇ | ▇▇▇ | ▇▇▇ | Annual |
| ⌄ ▇▇▇▇ | Commercial - Retailer - Non-Storefront | Active | ▇▇▇ | ▇▇▇ | ▇▇ | ▇▇▇ | ▇▇▇ | Annual |

Last update of license data: 01/26/2022



CA.gov home

Conditions of Use

Privacy Policy

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Accessibility

Contact Us

Copyright © 2021 State of California

 

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**


Official website of the State of California

Contact us

**Department of Cannabis Control**

CALIFORNIA

New Search

Report Unlicensed Business

# License Search

| 🔍 Search | Export | ⌄ Customize Results | ⌄ Filters (0) |

Total Results Found: 7



| | License Number ↑ | License Type ↑ | License Status ↑ | DBA Name ↑ | Legal Business Name ↑ | County ↑ | Effective Date ↑ | Expiration Date ↑ | License Stage ↑ |
|---|---|---|---|---|---|---|---|---|---|
| ⌄ | ▇ | Commercial - Retailer | Active | ▇ | ▇ | ▇ | ▇ | ▇ | Provisional |
| ⌄ | ▇ | Commercial - Retailer | Active | ▇ | ▇ | ▇ | ▇ | ▇ | Provisional |
| ⌄ | ▇ | Commercial - Retailer | Active | ▇ | ▇ | ▇ | ▇ | ▇ | Provisional |
| ⌄ | ▇ | Commercial - Retailer | Active | ▇ | ▇ | | ▇ | ▇ | Provisional |
| ⌄ | ▇ | Commercial - Retailer | Active | ▇ | ▇ | ▇ | ▇ | ▇ | Provisional |
| ⌄ | ▇ | Commercial - Retailer | Active | ▇ | ▇ | ▇ | ▇ | ▇ | Provisional |
| ⌄ | ▇ | Commercial - Microbusiness | Active | ▇ | ▇ | ▇ | ▇ | ▇ | Provisional |

Last update of license data: 01/26/2022

CA.gov home

Conditions of Use

Privacy Policy

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Accessibility

Contact Us

Copyright © 2021 State of California



REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Department of**
**Cannabis Control**
CALIFORNIA

Contact us

New Search

Report Unlicensed Business

# License Search

🔍 Search | Export | ⌄ Customize Results | ⌄ Filters (0)

Total Results Found: 39

| License Number ↑ | License Type ↑ | License Status ↑ | DBA Name ↑ | Legal Business Name ↑ | County ↑ | Effective Date ↑ | Expiration Date ↑ | License Stage ↑ |
|---|---|---|---|---|---|---|---|---|
| ⌄ ▓▓▓ | Cultivation - Processor | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |
| ⌄ ▓▓▓ | Cultivation - Small Mixed-Light Tier 1 | Active | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Provisional |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| License Number | License Type | License Status | DBA Name | Business Name | County | Effective Date | Expiration Date | License Stage |
|---|---|---|---|---|---|---|---|---|
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| License Number ↕ | License Type ↕ | License Status ↕ | DBA Name ↕ | Business Name ↕ | County ↕ | Effective Date ↕ | Expiration Date ↕ | License Stage ↕ |
|---|---|---|---|---|---|---|---|---|
| ∨ ▮▮▮▮ | Cultivation - Small Mixed- Light Tier 1 | Active | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | Provisional |
| ∨ ▮▮▮▮ | Cultivation - Small Mixed- Light Tier 1 | Active | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | Provisional |
| ∨ ▮▮▮▮ | Cultivation - Small Mixed- Light Tier 1 | Active | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | Provisional |
| ∨ ▮▮▮▮ | Cultivation - Small Mixed- Light Tier 1 | Active | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | Provisional |
| ∨ ▮▮▮▮ | Cultivation - Small Mixed- Light Tier 1 | Active | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | Provisional |
| ∨ ▮▮▮▮ | Cultivation - Small Mixed- Light Tier 1 | Active | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | Provisional |
| ∨ ▮▮▮▮ | Cultivation - Small Mixed- Light Tier 1 | Active | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | Provisional |
| ∨ ▮▮▮▮ | Cultivation - Small Mixed- Light Tier 1 | Active | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | Provisional |

◄ ▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭ ►

[ 50 ▾ ] Per Page

Last update of license data: 01/26/2022



CA.gov home

Conditions of Use

Privacy Policy

Accessibility

Contact Us

Copyright © 2021 State of California



REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CA.GOV   Official website of the State of California   Contact us

**Department of Cannabis Control**
C A L I F O R N I A

New Search

Report Unlicensed Business

# License Search

🔍 Search    Export    ⌄ Customize Results    ⌄ Filters (0)

Total Results Found: 48

| License Number ↑ | License Type ↑ | License Status ↑ | DBA Name ↑ | Legal Business Name ↑ | County ↑ | Effective Date ↑ | Expiration Date ↑ | License Stage ↑ |
|---|---|---|---|---|---|---|---|---|
| ⌄ ███ | Commercial - Distributor - Transport Only | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Medium Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Surrendered | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Processor | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Nursery | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| License Number | License Type | License Status | DBA Name | Legal Business Name | County | Effective Date | Expiration Date | License Stage |
|---|---|---|---|---|---|---|---|---|
| ⌄ �b████▉ | Cultivation - Small Mixed-Light Tier 1 | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Mixed-Light Tier 1 | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Mixed-Light Tier 1 | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Mixed-Light Tier 1 | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Mixed-Light Tier 1 | Active | ████ | ████ | ████ | ████ | | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Outdoor | Active | ████ | ████ | ████ | ████ | ████ | Provisional |
| ⌄ ▉████▉ | Cultivation - Small Mixed-Light Tier 1 | Active | ████ | ████ | ████ | ████ | ████ | Provisional |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| License Number | License Type | License Status | DBA Name | Legal Business Name | County | Effective Date | Expiration Date | License Stage |
|---|---|---|---|---|---|---|---|---|
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |
| ⌄ ███ | Cultivation - Small Mixed-Light Tier 1 | Active | ███ | ███ | ███ | ███ | ███ | Provisional |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

50 ▾ Per Page

Last update of license data: 01/26/2022



CA.gov home

Conditions of Use

Privacy Policy

Accessibility

Contact Us

Copyright © 2021 State of California

  

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL