# EXHIBIT C

TO SEALED SUPPLEMENTAL DECLARATION OF DEIRDRA O'GORMAN

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



## POLICE STOP PROCEDURES

### What TO Do:

- Turn on flashers to let the officer know you've seen their lights and plan to pull over.
- Drive at a slower pace than you normally drive.
- Stop the car in a safe, well-lit place.
- **Call your Branch Manager or Supervisor immediately.**
- ███████████████
- Turn off the car, turn on the internal light at night.
- Open window part way, place your hands on wheel.
- Relax, stay calm and in control of your words and body.
- **Upon request**, show your driver's license, registration, proof of insurance, and return your hands to the wheel.
- Cooperate with any lawful request.
- Stay in vehicle unless officer directs you to get out.
- Exit the car **only if requested**.
- Ask if you are free to go.
- Be safe merging back into traffic.

### What NOT to Do:

- Do not speak first.
- Do not reach into your pockets, glove box, behind seats, unless you tell officer why you need to do so.
- Do not make any sudden movements.
- Do not engage officer in unnecessary conversation.
- Do not argue or act hostile or defensive.
- **Do not make any statements regarding the incident.**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**What NOT TO Say:**

- **NEVER SAY THE WORDS CANNABIS, OR MARIJUANA. DO NOT SAY THE NAMES OF THE BUSINESSES WE SERVICE.**

**What TO Say about Empyreal:**

How to explain what Empyreal does, what's being transported, and why the vehicle is armored, **only if asked**:

- "My name is xxxxxx, and I'm a driver for Empyreal Logistics. I'm a currency courier between banks and ▮▮▮▮▮▮."
- Hand the officer the **Empyreal Important Contacts Card** and ask him/her to contact them for further information.
  - Say **"I am not authorized to share confidential bank information."**
- If the officer asks what type of clients we're servicing, or if he/she asks directly if we're servicing cannabis-related businesses, say:
  "We only provide currency courier services. I am not authorized to share confidential bank information. Please contact the names listed on the contact card provided."
- If the officer asks if we are transporting drugs or anything else, the driver should reiterate:
  "We only provide currency courier services."
- If the officer presses the issues, say:
  "Please contact the names listed on the contact card provided."
  - If the officer continues to press, the driver continues to repeat:
    "Please contact the names listed on the contact card provided."

**What TO Say:**

- Let the officer do the talking.
- Be civil, polite, and respectful in your communications.
- If asked, "Do you know why I stopped you?" say "No."
- Do not lie, keep answers brief, responding where appropriate.
    - Examples: No, yes, I see, I understand, OK, sure, hmm.
- **You can keep silent – it cannot be held against you.**
- **If asked if the officer can search the vehicle – Say "No."**
- You may ask if you are under arrest or if they have a search warrant.
- If asked, "Do you know how fast you were going?" **say "Yes."**
    - Answering "No" may lead the officer to believe you are ignorant of the speed limit or how fast you are going.
    - If you truly do not know, **say "I think I was going around X speed."**
- If the officer asks, "Do you have a good reason that would make you need to hurry?" **say, "No."**
    - If you say "yes," even if you weren't speeding, the officer may believe you were, and you'll probably get a ticket.

## KNOW YOUR RIGHTS

- Both drivers and passengers have the right to remain silent and you can tell the officer(s) this.
- Don't give any explanations or excuses.
- **If you are arrested or detained:** You have the right to make a local phone call. Call Deirdra ▮▮▮▮▮▮ or Mike Jerome ▮▮▮▮▮▮
- **If they refuse to allow a phone call or have confiscated your work phone do NOT say anything, sign anything. Wait to be released and contact your branch manager or supervisor**
- Do NOT say anything, sign anything, or make any decisions without direction from Deirdra, Mke or Empyreal legal counsel.
- Remember, anything you say or do can be used against you.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**After the stop, DO the following:**

- Make sure you are in a safe area.
- ███████████
- Call the CEO or Sr. VP of Operations immediately. If you do not reach either by phone, immediately text both parties.
    1. CEO - Deirdra O'Gorman – ███████
    2. Sr. VP of Ops - Mike Jerome – ███████
- Call your Branch Manager immediately.
- Write down everything you remember; officers' badges and patrol car numbers, which agency the officers were from, and any other details.
- Record all details of the incident in a voice recording on your personal mobile phone, include your name, date of incident, and as many details of the incident, including interactions with the police officer(s), etc.
- Email the recording to Mike J. ███████████████
- Complete Empyreal JotForm Incident Report immediately.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL