# EXHIBIT A

To Supplemental Declaration of David Bass

WSW 21-3675



| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**County of San Bernardino** | Warrant No. |
| **SEARCH WARRANT**<br>Probable Cause Warrant to Search<br>(Penal Code Section 1524) | |
| **SEARCH WARRANT AND AFFIDAVIT** | Report #: 652100931 |

### AFFIDAVIT

I, Deputy Jonathan Franco swear under oath that the facts expressed by me in the attached and incorporated **Statement of Probable Cause** are true and that based therein I have probable cause to believe and do believe that the articles, property, and persons described below may be lawfully seized pursuant to Penal Code Section 1524, as indicated below, and is now located at the location(s) set forth below. Wherefore, I request that this Search Warrant be issued.

HOBBS SEALING REQUESTED: ☐ YES ☒ NO
NIGHT SEARCH REQUESTED: ☐ YES ☒ NO

_____,
(Signature of Affiant)

### SEARCH WARRANT

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SAN BERNARDINO:** proof by affidavit, under penalty of perjury, having been made before me by Deputy Jonathan Franco, that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seized pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐ it was stolen or embezzled;

☐ it was used as the means of committing a felony;

☒ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery;

☒ it tends to show that a felony has been committed or that a particular person has committed a felony;

☐ it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;

☐ an arrest warrant has been issued for _____N/A_____;

☐ a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;

Search Warrant and Affidavit ███████████████████ -
1 -

Warrant ID: 000073071

VVSW 21-3675

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

The vehicle further described as: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to include all ▮▮▮▮▮▮▮▮▮▮▮ within the vehicle.

**FOR THE FOLLOWING PROPERTY:**

1. Any currency, bills, coins, notes and/or any evidence of the illegal transportation of narcotics/marijuana proceeds.
2. Any electronics which could be used in the commission of arranging, completing, managing the illegal transportation of narcotics/marijuana proceeds.
3. Any narcotics and/or marijuana located in the vehicle.

**AND TO SEIZE IT IF FOUND** and bring it before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to and subscribed before me this _____16th_____ day of ___November___, 2021, at _____ a.m./p.m. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____
(Signature of Magistrate)
**Judge of the Superior Court, Victorville Judicial District**

HOBBS SEALING APPROVED: ☐ YES  ☐ NO
NIGHT SEARCH APPROVED: ☐ YES  ☐ NO

Search Warrant and Affidavit ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2 -

**EXPERTISE OF AFFIANT:**

Your affiant, herein after referred to in the first person (i.e., me, myself or I) Jonathan Franco, has been a Deputy Sheriff for the San Bernardino County Sheriff's Department since 2008. I attended the San Bernardino County Sheriff's Academy in San Bernardino where I was given instruction in dealing with all aspects of criminal law. I have received training in the Basic Academy for conducting investigations regarding property crimes, crimes against persons, and narcotics related crimes involving identification, symptomology, manufacturing, and sales of various controlled substances and narcotics.

I am currently assigned to the Narcotics Division where I work the Highway Interdiction Team. I have been assigned to the Narcotics Division since January 2019. As of June 2020, I am a K9 handler assigned to work with my narcotics detection K9 Leo. While on the Highway Interdiction Team I have investigated and participated in investigations involving narcotics/illicit proceed traffickers who commonly conceal narcotics and the proceeds of illegal narcotics sales in vehicles within hidden compartments or other areas inside vehicles.

From October of 2017 to January of 2019, I was assigned to IRNET (Inland Regional Narcotics Enforcement Team). While assigned to IRNET I investigated and participated in several narcotics investigations which resulted in substantial seizures of illegal narcotics and illicit proceeds from the sales of illegal narcotics.

February 2013 to October 2017, I was assigned to work uniform patrol in the city of Chino Hills. While working in the city of Chino Hills, I was assigned to the Multiple Enforcement Team where I investigated and participated in several investigations involving property crimes, crimes against person and illegal narcotics.

Prior to my assignment to Chino Hills, I was assigned to work at the West Valley Detention Center from December 2008 to February of 2013. While at the West Valley Detention Center I was assigned to work housing units and gang classification unit.

In December of 2008, I completed the Sheriff's Basic Academy. While at Sheriff's Academy, I received 23 weeks of training which consisted of Criminal Law, Laws of Arrest, Evidence Collection, and instruction in Custodial training.

I have attended numerous training courses to include: over 50 hours of Gang Investigations / Awareness, 24 hours of Information Systems training, 8 hours Confidential Informants, 16 hour Classification, 60 hours of Interview, Interrogation. and Behavioral Analysis, 16 hours Excited Delirium, over 100 hours of Narcotics / Interdiction Investigation training. I am a member of CNOA (California Narcotics Officer's Association) and have attended over 100 hours of CNOA sponsored training. I am S.M.A.S.H.(San Bernardino Movement Against Street Hoodlums) certified and have participated in S.M.A.S.H. crime suppression enforcements. I am certified by the California State Attorney General's Office in the practical, technical, and legal aspects of court ordered wiretaps. (Penal Code Section 629 et seq.)

Search Warrant and Affidavit ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
3 -

VVSW 21-3675

## STATEMENT OF PROBABLE CAUSE

### STATEMENT OF FACTS:

On November 16, 2021, I was traveling east on CA-58 in the Barstow area and observed a ▇▇▇▇ traveling ahead of me in the #2 lane. I noticed the ▇▇ was following less than one car length behind a semi-truck while traveling approximately 60MPH in violation of CVC 21703- Following at unsafe distance.

I initiated a traffic stop on the ▇▇ and contacted the driver and sole occupant of the vehicle, ▇▇▇▇ While speaking with ▇▇▇ he told me he was driving from Fresno for work. I asked ▇▇▇ what his occupation was, ▇▇▇ told me he works for a company named Empyreal LLC which transports currency for Cannabis companies. I asked ▇▇▇ ▇▇▇▇ ▇▇▇ said no. I asked ▇▇▇ if he had any documentation or a manifest for the currency, ▇▇▇ said no. ▇▇▇ told me he was transporting the money from the Fresno area to his "branch" in Las Vegas, Nevada.

▇▇▇ offered to show me the ▇▇ and voluntarily opened the doors to show me the ▇▇▇▇▇▇ ▇▇▇▇▇▇▇ which he did not have access to. ▇▇▇ showed me an app based program on his cellular phone which listed 4 cannabis companies in the Fresno area where he picked up from today. ▇▇▇ believes there to be more than $200,000 total in cannabis proceeds in the ▇▇.

▇▇▇ described one of the pick up location as a marijuana farm in the Fresno area where they had armed guards standing by while he picked up the currency. ▇▇▇ did not have any additional details as to the outcome of the currency once it arrives to the "branch".

▇▇▇ called his transport supervisor, ▇▇▇▇, from his own phone and asked me to speak with him. I asked ▇▇▇ a series of questions, the following is a summary of ▇▇▇'s voluntary statement: ▇▇▇ assigns the pick up routes for his drivers and is responsible for them. Once the currency arrives to the Branch, the currency is deposited into bank accounts belonging to each individual cannabis company and turned into coin-base. It should be noted that this is a modern form of laundering proceeds made by marijuana/cannabis companies in order to avoid State taxes and/or Law Enforcement detection.

Investigators contacted the Bureau of Cannabis Control and found that Empyreal LLC was not listed as a business authorized to conduct marijuana/cannabis business in the State of California. In addition, some of the companies having their currency transported were also not listed as authorized marijuana/cannabis businesses through the State of California.

It should also be noted that Detective Travis Buell deployed his narcotics K9, Brix and conducted an exterior sniff of the ▇▇ K9 Brix positively alerted to the odor of narcotics emitting from the vehicle.

In order to continue the investigation in a safe location, ▇▇▇ and the ▇▇ were transported to the Barstow Station parking lot.

Based on the totality of circumstances, I believe the ▇▇ contains proceeds from illegal marijuana/cannabis companies for the purpose of money laundering. I am requesting this search warrant be authorized in order to search the contents of the ▇▇ and seize and illegal proceeds it may contain.

### EXIGENT CIRCUMSTANCE:

Due to ▇▇ and ▇▇▇ currently being detained until the conclusion of the investigation coupled with the fact that he was in transit to Las Vegas, Nevada, I am requesting this warrant be considered exigent.

Search Warrant and Affidavit ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
4 -

**WARRANT NOTES**

VVSW 21-3675

(No Notes)

County of San Bernardino.

The people of the State of California to any peace officer in the County of San Bernardino:

Proof, by affidavit, having been this day made before me by telephone by the officer whose signature is affixed to the affidavit, that there is probable cause for believing that evidence tending to show that a felony (or felonies) has or have been committed, you are therefore commanded to make search on the person and/or property set forth in the description page and/or affidavit, which is incorporated by reference herein; and, in the case of a thing or things or personal property, if you find the same or any part thereof, to bring the thing or things or personal property forthwith before me at the courthouse of this Court.

Given under my hand, and issued at 17:26 on this 16th day of November, 2021

Hobbs Sealing Approved: **NO**       Night Service Approved: **NO**

Judge David Cohn

**Warrant ID: 000073071**

**END OF WARRANT**