**KOELLER, NEBEKER, CARLSON & HALUCK LLP**
David C. Bass (Cal. Bar No. 296380)
david.bass@knchlaw.com
Jerome Satran (Cal Bar. No. 188286)
jerry.satran@knchlaw.com
1478 Stone Point Drive, Suite 435
Roseville, CA 95661
(916) 724-5700
(916) 788-2850 (fax)

**INSTITUTE FOR JUSTICE**
Dan Alban (admitted *pro hac vice*)
dalban@ij.org
Kirby Thomas West (admitted *pro hac vice*)
kwest@ij.org
901 North Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 5:22-cv-00094-JWH-SHKx <br><br> **DECLARATION OF ERIC PICARDAL IN SUPPORT OF PLAINTIFF'S RENEWED *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** <br><br> Honorable John W. Holcomb <br> Complaint Filed: 1/14/22 |

I, Eric Picardal, submit the following supplemental declaration in support of Plaintiff's Application to File Under Seal and Renewed *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause.

1. I am a citizen of the United States of America and a resident of the state of Nevada. I am over eighteen years of age and fully competent to make this declaration.

2. On November 16, 2021, I was a Transit Supervisor for Empyreal Enterprises, LLC d/b/a Empyreal Logistics ("Empyreal"). I have a background of over 25 years working in the cash-in-transit industry.

3. I am no longer employed by Empyreal, but I am offering this declaration because I am a witness mentioned in the November 16, 2021 search warrant submitted by Deputy Franco.

4. I have personal knowledge of the following facts and would competently testify to them if called upon to do so.

5. My then-colleague Adrian Serret and I received a call from Empyreal driver Dayler Quinones Navarro on November 16, 2021, regarding a traffic stop in San Bernardino County, California.

6. Mr. Navarro informed us he had been stopped by law enforcement and put San Bernardino County Sheriff's Deputy Franco on the line via speaker phone.

7. Deputy Franco aggressively accused Empyreal of money laundering by taking cannabis proceeds across state lines and asked about our roles in the company.

8. I explained that I was the Transit Supervisor in Empyreal's North Las Vegas branch and briefly explained how our cash-in-transit business operated and that we were not laundering money.

9. At one point during the call, the deputy asked: "Just so I understand, you receive money from these marijuana companies, and then you exchange it for coins and give it back?"

10. I'm not sure where that question came from or what brought up the subject of coins, except that the driver may have told the deputy that he had coins in the back of the vehicle.

11. I explained that Empyreal does sometimes provide change orders that exchange rolled coins or small bills with clients in exchange for larger bills so that they can make change for their customers.

12. I also explained that Empyreal's primary clients are the financial institutions.

13. Contrary to Deputy Franco's affidavit in support of the Nov. 16 search warrant, I did not say anything on the call about Coinbase or any kind of cryptocurrency conversion, and I would have had no reason to do so because Empyreal did not offer those services.

14. It is possible that Deputy Franco somehow confused my explanation of change orders—when Empyreal provides rolled coins or small bills to clients in exchange for larger bills so that they can make change for their customers—with a mention of Coinbase. But otherwise, I do not understand how Deputy Franco thought I mentioned anything about Coinbase or cryptocurrency on our Nov. 16 phone call.

15. After five minutes or so on the phone with Deputy Franco, I got his phone number and provided it to Michael Jerome, our Senior VP of Operations, so he could better explain Empyreal's legal business operations to Deputy Franco.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>27th</u> day of January, 2022, in Las Vegas, Nevada.

Eric Picardal