**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC,<br><br>                Plaintiff,<br>    v.<br>THE UNITED STATES OF AMERICA, et al.,<br><br>              Defendants. | Case No.: 5:22-cv-00094-JWH-SHKx<br><br>**ORDER ON PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

Pending before the court is Plaintiff's Application for Leave to File Under Seal ("Application"). In consideration of the Application and the Supporting Declaration of Deirdra O'Gorman, and upon good cause shown, the following shall be filed under seal:

| |
|---|
| Sealed Supplemental Declaration of Deirdra O'Gorman in Support of Plaintiff's Application for Leave to File Under Seal and Renewed Ex Parte Temporary Restraining Order and Order to Show Cause re Preliminary Injunction |
| Portions of Exhibit 1 - Missouri Licensed Medical Marijuana Dispensary Facilities Records |
| Portions of Exhibit 2 - California Department of Cannabis Control License Records |
| Portions of Exhibit 3 - Empyreal Police Stop Procedures Card |
| Exhibit 4 - Mitigation Packet from Empyreal Counsel dated November 30, 2021, including letter and exhibits |

**IT IS SO ORDERED.**

Dated: January 31, 2022

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE