1  HEIDI K. WILLIAMS (CA State Bar No. 297428)
   Deputy County Counsel
2  TOM BUNTON (CA State Bar No. 193560)
   County Counsel
3  385 North Arrowhead Avenue, Fourth Floor
   San Bernardino, California 92415-0140
4  Telephone: (909) 387-4402
   Facsimile: (909) 387-4069
5  E-Mail: heidi.williams@cc.sbcounty.gov

6  Attorneys for Defendant Shannon D. Dicus, San Bernardino County Sheriff-Coroner, in
   his official capacity

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 EMPYREAL ENTERPRISES, LLC,           Case No. 5:22-cv-00094-JWH-SHK
   d/b/a EMPYREAL LOGISTICS
12                                       STIPULATION TO EXTEND TIME TO
                                         RESPOND TO COMPLAINT BY NOT
13                                       MORE THAN 30 DAYS
              Plaintiff,
14                                       [L.R. 8-3]

15                                       Complaint Served:      January 24, 2022
              v.                         Current Response Date: February 14, 2022
16                                       New Response Date:     March 16, 2022

17 The United States of America; the
   U.S. Department of Justice; Attorney  Honorable District Court Judge
18 General MERRICK GARLAND, in           John W. Holcomb
   his official capacity; the Federal
19 Bureau of Investigation;              Honorable Magistrate Judge
   CHRISTOPHER A. WRAY, Director         Shashi H. Kewalramani
20 of the Federal Bureau of Investigation,
   in his official capacity; KRISTI
21 KOONS JOHNSON, Assistant
   Director of the Federal Bureau of
22 Investigation overseeing the FBI's Los
   Angeles Field Office, in her official
23 capacity; the Drug Enforcement
   Administration; ANNE MILGRAM,
24 Administrator of the Drug
   Enforcement Administration, in her
25 official capacity; SHANNON D.

26

27

28

1
2
3

DICUS, San Bernardino County
Sheriff-Coroner, in his official
capacity as the head of the San
Bernardino County Sheriff's Office.

4
5

Defendants.

6

7

8      Plaintiff EMPYREAL ENTERPRISES, LLC d/b/a EMPYREAL LOGISTICS and

9    Defendant SHANNON D. DICUS, San Bernardino County Sheriff-Coroner, in his official

10   capacity, by and through their counsel of record, hereby stipulate that Defendant

11   SHANNON D. DICUS shall have until March 16, 2022 to respond to Plaintiff's Complaint

12   for Declaratory and Injunctive Relief.  Sheriff Dicus was served on January 24, 2022 and

13   therefore the responsive pleading prior to the stipulation is due on February 14, 2022.

14       Although the parties have corresponded regarding the legal basis for the pleadings,

15   they have not had a meaningful opportunity to conclude meet and confer efforts by

16   telephone.

17       In the interest of completing a meaningful meet and confer process, the parties

18   stipulate that the deadline for Defendant SHANNON D. DICUS to respond to the

19   Complaint is extended to March 16, 2022.  The parties stipulate and agree that Defendant

20   SHANNON D. DICUS retains the right to respond via motion pursuant to Rule 12(b) of

21   Federal Rules of Civil Procedure on or before the extended date.

22   //

23   //

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND NOT MORE THAN 30 DAYS

Because this request would extend the time to respond for not more than thirty days, no court approval is required pursuant to Local Rule 8-3.

**SO STIPULATED.**

DATED: February 9, 2022                    Respectfully submitted,

                                           KOELLER, NEBEKER, CARLSON & HALUCK

                                           */s/ David C. Bass*
                                           DAVID C. BASS
                                           Attorneys for Plaintiff Empyreal Enterprises, LLC

DATED:  February 10, 2022                  Respectfully submitted,

                                           TOM BUNTON
                                           County Counsel

                                           */s/ Heidi K. Williams*
                                           HEIDI K. WILLIAMS
                                           Deputy County Counsel
                                           Attorneys for Defendant
                                           Shannon D. Dicus, San Bernardino County
                                           Sheriff-Coroner, in his official capacity

I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                           */s/ Heidi K. Williams*
                                           HEIDI K. WILLIAMS

STIPULATION TO EXTEND TIME TO RESPOND NOT MORE THAN 30 DAYS