**KOELLER, NEBEKER, CARLSON & HALUCK LLP**
David C. Bass (Cal. Bar No. 296380)
david.bass@knchlaw.com
Jerome Satran (Cal Bar. No. 188286)
jerry.satran@knchlaw.com
1478 Stone Point Drive, Suite 435
Roseville, CA 95661
(916) 724-5700
(916) 788-2850 (fax)

**INSTITUTE FOR JUSTICE**
Dan Alban (admitted *pro hac vice*)
dalban@ij.org
Kirby Thomas West (admitted *pro hac vice*)
kwest@ij.org
901 North Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>　　　　　　　　　Defendants. | Case No.: 5:22-cv-00094-JWH-SHKx<br><br>**STIPULATION AND CONSENT MOTION RE AMENDMENT OF COMPLAINT AND TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Complaint Served: 1/24/2022<br>Current response dates: 3/16/22, 3/25/22<br>Proposed Amendment Date: 3/16/22<br>New response date: 4/15/22 |

　　　　Plaintiff Empyreal Enterprises, LLC, d/b/a Empyreal Logistics; the Federal Defendants (the United States of America; U.S. Department of Justice; Attorney

1
STIPULATION RE AMENDMENT OF COMPLAINT AND TO EXTEND TIME TO RESPOND

General Merrick Garland, in his official capacity; Federal Bureau of Investigation; Christopher A. Wray, Director of the Federal Bureau of Investigation, in his official capacity; Kristi Koons Johnson, Assistant Director of the Federal Bureau of Investigation overseeing FBI's Los Angeles Field Office, in her official capacity; Drug Enforcement Administration; and Anne Milgram, Administrator of the Drug Enforcement Administration, in her official capacity); and Sheriff Dicus, in his official capacity as head of the San Bernardino County Sheriff's Department, stipulate to and jointly request, pursuant to FRCP 15(a)(2), the Court's approval of the following schedule for Plaintiff to amend the Complaint and Defendants to file their responses to the Amended Complaint:

1.  With Defendants' written consent pursuant to FRCP 15(a)(2), Plaintiff shall file an Amended Complaint on or before March 16, 2022.

2. Federal Defendants and Sheriff Dicus shall file their respective responses to the Amended Complaint on or before April 15, 2022.

Dated: February 25, 2022

Respectfully submitted,

/s/   David C. Bass

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Civil Division

KOELLER, NEBEKER, CARLSON & HALUCK LLP
David C. Bass (Cal. Bar No. 296380)
david.bass@knchlaw.com
Jerome Satran (Cal Bar. No. 188286)
jerry.satran@knchlaw.com
1478 Stone Point Drive, Suite 435
Roseville, CA 95661
(916) 724-5700
(916) 788-2850 (fax)

/s/ Talya Seidman
TALYA SEIDMAN
Assistant United States Attorney
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

*Counsel for Federal Defendants*

TOM BUNTON
County Counsel

/s/ Heidi K. Williams
HEIDI K. WILLIAMS
Deputy County Counsel

*Attorneys for Specially Appearing Defendant Shannon D. Dicus, San Bernardino County Sheriff-Coroner, in his official capacity*

**INSTITUTE FOR JUSTICE**
Dan Alban (admitted *pro hac vice*)
dalban@ij.org
Kirby Thomas West (admitted *pro hac vice*)
kwest@ij.org
901 North Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)

*Counsel for Plaintiff*