# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No.: 5:22-cv-00094-JWH-SHKx <br><br> **ORDER GRANTING CONSENT MOTION AND STIPULATION** |

Having considered the parties' Stipulation, and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Stipulation is **APPROVED**.
2. Plaintiff shall file an Amended Complaint on or before March 16, 2022.
3. Federal Defendants and Sheriff Dicus shall file their respective responses to the Amended Complaint on or before April 15, 2022.

**IT IS SO ORDERED.**

Dated: February 28, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE