HEIDI K. WILLIAMS (CA State Bar No. 297428)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-4402
Facsimile: (909) 387-4069
E-Mail: heidi.williams@cc.sbcounty.gov

Attorneys for Defendant Shannon D. Dicus, San Bernardino County Sheriff-Coroner, in his official capacity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC, d/b/a EMPYREAL LOGISTICS<br><br>Plaintiff,<br><br>v.<br><br>The United States of America; the U.S. Department of Justice; Attorney General MERRICK GARLAND, in his official capacity; the Federal Bureau of Investigation; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; KRISTI KOONS JOHNSON, Assistant Director of the Federal Bureau of Investigation overseeing the FBI's Los Angeles Field Office, in her official capacity; the Drug Enforcement Administration; ANNE MILGRAM, Administrator of the Drug Enforcement Administration, in her official capacity; SHANNON D. | Case No. 5:22-cv-00094-JWH-SHK<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>Complaint Served:   January 24, 2022<br>FAC Filed:   March 16, 2022<br>Current Response Date:   April 14, 2022<br>New Response Date:   May 13, 2022<br><br>Honorable District Court Judge John W. Holcomb<br><br>Honorable Magistrate Judge Shashi H. Kewalramani |

1

STIPULATION TO EXTEND TIME FOR SHERIFF TO RESPOND TO FIRST AMENDED COMPLAINT

|   |   |
|---|---|
| 1 | DICUS, San Bernardino County Sheriff-Coroner, in his official capacity as the head of the San Bernardino County Sheriff's Office. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

     Plaintiff EMPYREAL ENTERPRISES, LLC d/b/a EMPYREAL LOGISTICS ("Plaintiff") and Defendant SHANNON D. DICUS, San Bernardino County Sheriff-Coroner, in his official capacity (the "Sheriff"), by and through their counsel of record, hereby stipulate that Defendant SHANNON D. DICUS shall have until May 13, 2022 to respond to Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief. Plaintiff filed a First Amended Complaint on March 16, 2022. The parties initially agreed that the Sheriff's deadline to respond to the First Amended Complaint would be April 14, 2022. See Order, Dkt. 73.

     Subsequently, counsel for Plaintiff and for the Sheriff have been in discussion regarding potential settlement and dismissal of this matter in its entirety. The parties believe additional time is warranted to reach a settlement agreement as productive dialogue between the partis is ongoing.

     In the interest of litigation and judicial economy, the parties hereby stipulate that the deadline for the Sheriff deadline to respond to the First Amended Complaint should be extended to May 13, 2022 and request a Court order reflecting the same.

//
//

The parties further stipulate and agree that the Sheriff retains the right to respond via motion pursuant to Rule 12(b) of Federal Rules of Civil Procedure on or before the extended date.

**SO STIPULATED.**

DATED: April 13, 2022               Respectfully submitted,

                                                    KOELLER, NEBEKER, CARLSON & HALUCK

                                                    */s/ David C. Bass*
                                                    DAVID C. BASS
                                                    Attorneys for Plaintiff Empyreal Enterprises, LLC

DATED:  April 13, 2022              Respectfully submitted,

                                                    TOM BUNTON
                                                    County Counsel

                                                    */s/ Heidi K. Williams*
                                                    HEIDI K. WILLIAMS
                                                    Deputy County Counsel
                                                    Attorneys for Defendant
                                                    Shannon D. Dicus, San Bernardino County
                                                    Sheriff-Coroner, in his official capacity

I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                    */s/ Heidi K. Williams*
                                                    HEIDI K. WILLIAMS