TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TALYA M. SEIDMAN (Cal. Bar No. 336534)
Assistant United States Attorney
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7137
    Facsimile: (213) 894-7819
    E-mail:    Talya.Seidman@usdoj.gov
                Jonathan.Galatzan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC, d/b/a EMPYREAL LOGISTICS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 5:22-cv-00094-JWH-SHK<br><br>**STIPULATION FOR PARTIAL DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable John W. Holcomb<br>United States District Judge |

IT IS HEREBY STIPULATED AND AGREED by and between Empyreal Enterprises, LLC, d/b/a Empyreal Logistics ("Plaintiff") and Defendants United States of America, the U.S. Department of Justice, Attorney General Merrick Garland, the Federal Bureau of Investigation, Christopher A. Wray, Kristi Koons Johnson, the Drug Enforcement Administration, and Anne Milgram (hereinafter the "Federal Defendants")

1

(together, the "parties"), through their respective attorneys, that the above-captioned action is dismissed with prejudice against the Federal Defendants only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses. This Stipulation is not dispositive of the above-captioned action against non-Federal Defendants and only affects the interests of the parties to this Stipulation.

Dated: April 13, 2022

KOELLER NEBEKER CARLSON & HALUCK, LLP

*/s/ David Bass*
DAVID BASS
Per email authorization 4/13/2022
Attorneys for Plaintiff

Dated: April 13, 2022

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Talya M. Seidman\**
TALYA M. SEIDMAN
Assistant United States Attorney
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Federal Defendants

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.