1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC, d/b/a EMPYREAL LOGISTICS<br><br>Plaintiff,<br><br>v.<br><br>The United States of America; the U.S. Department of Justice; Attorney General MERRICK GARLAND, in his official capacity; the Federal Bureau of Investigation; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; KRISTI KOONS JOHNSON, Assistant Director of the Federal Bureau of Investigation overseeing the FBI's Los Angeles Field Office, in her official capacity; the Drug Enforcement Administration; ANNE MILGRAM, Administrator of the Drug Enforcement Administration, in her official capacity; SHANNON D. | Case No. 5:22-cv-00094-JWH-SHKx<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR SHERIFF TO RESPOND TO FIRST AMENDED COMPLAINT<br><br><br>Honorable District Court Judge John W. Holcomb<br><br>Honorable Magistrate Judge Shashi H. Kewalramani |

1
ORDER GRANTING STIPULATION TO EXTEND TIME FOR SHERIFF TO RESPOND TO FIRST AMENDED COMPLAINT

| | |
|---|---|
| 1 | DICUS, San Bernardino County Sheriff-Coroner, in his official capacity as the head of the San Bernardino County Sheriff's Office. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Having considered the Stipulation to Extend Time for Sheriff to Respond to First Amended Complaint, and good cause showing, is it is hereby **ORDERED** as follows:

1. The Stipulation is **GRANTED**.
2. Defendant SHANNON D. DICUS, San Bernardino County Sheriff-Coroner, in his official capacity, shall file a response to Plaintiff EMPYREAL ENTERPRISES, LLC d/b/a EMPYREAL LOGISTICS's First Amended Complaint on or before May 13, 2022.

**IT IS SO ORDERED.**

DATED: April 14, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE