FILED
CLERK, U.S. DISTRICT COURT
April 20, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge FRED W. SLAUGHTER | ) ) ) ) ) ) ) ) ) |

ORDER OF THE CHIEF JUDGE

**22-068**

  Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fred W. Slaughter,

  IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge John W. Holcomb to the calendar of Judge Fred W. Slaughter:

| Case Number | Case Name |
|---|---|
| 2:20-cv-06210-JWH-RAOx | CMA CGM S.A., et al. v. Ocean Line Logistics Inc., et al. |
| 2:21-cv-06811-JWH-SP | Marlon Abraham Rosasen v. Kingdom of Norway |
| 5:20-cv-02650-JWH-AS | Mark Williams v. Victor V. Kitt, M.D. |
| 5:21-cv-00041-JWH-KKx | Sit Kit Leong, et al. v. Summitcrest Capital, Inc., et al. |
| 5:21-cv-00151-JWH-KKx | Michael Voeltz, et al. v. United States of America |
| 5:21-cv-00835-JWH-KKx | Jesus Christina Reynoso, et al. v. Jose Ignacio Rosario-Penaloza, et al. |
| 5:21-cv-00886-JWH-KKx | Nexon America Inc., et al. v. John Does 1-9, et al. |
| 5:21-cv-00972-JWH-KKx | Shijiazhuang Hongray Group v. World Trading 23 Inc., et al. |
| 5:21-cv-01105-JWH-SPx | Esther Barragan v. Tristar Products, Inc., et al. |
| 5:21-cv-01221-JWH-SPx | Valley National Bank v. Wolfpack Transport LLC |
| 5:21-cv-01558-JWH-KKx | Shenzhen First Union Technology Co., Ltd., et al. v. ATC Express, Inc., et al. |
| 5:21-cv-01843-JWH-SHKx | Timothy Brady v. Delta Energy and Communications, Inc., et al. |
| 5:22-cv-00094-JWH-SHKx | Empyreal Enterprises, LLC v. The United States of America, et al. |

In the Matter of the
Creation of Calendar for
District Judge Fred W. Slaughter                                                                2

---

| | |
|---|---|
| 5:22-cv-00198-JWH-KKx | Lasandra Price v. GBG Properties Two LLC, et al. |
| 5:22-cv-00404-JWH-SPx | Terrell Wallace v. The Terminix International Company Limited Partnership, et al. |
| 8:16-cv-02212-JWH-DFMx | Global Telecom Corporation v. Seowon Intech Co Ltd, et al. |

On all documents subsequently filed in the case, please substitute the Judge initials FWS after the case number in place of the initials of the prior Judge.

DATED: April 20, 2022                              _____
                                                                           Chief Judge Philip S. Gutierrez