1  HEIDI K. WILLIAMS (CA State Bar No. 297428)
   Deputy County Counsel
2  TOM BUNTON (CA State Bar No. 193560)
   County Counsel
3  385 North Arrowhead Avenue, Fourth Floor
   San Bernardino, California 92415-0140
4  Telephone: (909) 387-4402
   Facsimile: (909) 387-4069
5  E-Mail: heidi.williams@cc.sbcounty.gov

6  Attorneys for Defendant Shannon D. Dicus, San Bernardino County Sheriff-Coroner, in
   his official capacity

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 EMPYREAL ENTERPRISES, LLC,            Case No. 5:22-cv-00094-FWS-SHK
   d/b/a EMPYREAL LOGISTICS
12                                        JOINT STIPULATION BETWEEN
                                          PLAINTIFF AND DEFENDANT SHERIFF
13                                        FOR DISMISSAL WITH PREJUDICE
                  Plaintiff,
14

15            v.

16                                        Honorable District Court Judge
                                          Fred W. Slaughter
17 The United States of America; the
   U.S. Department of Justice; Attorney   Honorable Magistrate Judge
18 General MERRICK GARLAND, in            Shashi H. Kewalramani
   his official capacity; the Federal
19 Bureau of Investigation;
   CHRISTOPHER A. WRAY, Director
20 of the Federal Bureau of Investigation,
   in his official capacity; KRISTI
21 KOONS JOHNSON, Assistant
   Director of the Federal Bureau of
22 Investigation overseeing the FBI's Los
   Angeles Field Office, in her official
23 capacity; the Drug Enforcement
   Administration; ANNE MILGRAM,
24 Administrator of the Drug
   Enforcement Administration, in her
25 official capacity; SHANNON D.

26

27

28

                                    1

1    DICUS, San Bernardino County
2    Sheriff-Coroner, in his official
     capacity as the head of the San
3    Bernardino County Sheriff's Office.

4

5                    Defendants.

6

7           IT IS HEREBY STIPULATED AND AGREED by and between Empyreal

8    Enterprises, LLC, d/b/a Empyreal Logistics ("Plaintiff") and Defendant Shannon D.

9    Dicus, San Bernardino County Sheriff-Coroner, in his official capacity as the head of the

10   San Bernardino County Sheriff's Office ("Sheriff"), through their respective attorneys,

11   that the above-captioned action is dismissed with prejudice against the Sheriff, pursuant

12   to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own

13   costs, fees, and expenses.  This stipulation for dismissal disposes of the entire action.

14

15   DATED: May 6, 2022              KOELLER NEBEKER CARLSON &
                                     HALUCK, LLP
16

17                                   _/s/ David Bass_____
                                     DAVID BASS
18                                   Attorneys for Plaintiff Empyreal Enterprises, LLC

19

20   DATED: May 6, 2022              TOM BUNTON
                                     County Counsel
21

22                                   _/s/ Heidi K. Williams____
                                     HEIDI K. WILLIAMS
23
                                     Deputy County Counsel
24                                   Attorneys for Defendant
                                     Shannon D. Dicus, San Bernardino County
25                                   Sheriff-Coroner, in his official capacity

26   *** The filer attests that the non-filing party concurs in the filing's content and has
     authorized the filing pursuant to L.R. 5-4.3.4(a)(2)(i).
27

28
                                          2
     _____
     JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANT SHERIFF FOR DISMISSAL
                                 WITH PREJUDICE