JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPYREAL ENTERPRISES, LLC, d/b/a EMPYREAL LOGISTICS<br><br>Plaintiff,<br><br>v.<br><br>The United States of America; the U.S. Department of Justice; Attorney General MERRICK GARLAND, in his official capacity; the Federal Bureau of Investigation; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; KRISTI KOONS JOHNSON, Assistant Director of the Federal Bureau of Investigation overseeing the FBI's Los Angeles Field Office, in her official capacity; the Drug Enforcement Administration; ANNE MILGRAM, Administrator of the Drug Enforcement Administration, in her official capacity; SHANNON D. DICUS, San Bernardino County Sheriff-Coroner, in his official capacity as the head of the San Bernardino County Sheriff's Office.<br><br>Defendants. | Case No. 5:22-cv-00094-FWS-SHK<br><br>ORDER DISMISSING SHERIFF WITH PREJUDICE<br><br>Honorable District Court Judge Fred W. Slaughter<br><br>Honorable Magistrate Judge Shashi H. Kewalramani |

1

ORDER DISMISSING SHERIFF WITH PREJUDICE

In light of the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice against Defendant Shannon D. Dicus, San Bernardino County Sheriff-Coroner, in his official capacity as the head of the San Bernardino County Sheriff's Office, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses. The Court's entry of the order disposes of the entire action.

DATED: May 6, 2022

FRED W, SLAUGHTER
UNITED STATES DISTRICT JUDGE